```
                                                    FILED

                                              2019 AUG 16 AM 11:00

                                                     CIVIL
                                                DISTRICT COURT
```

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO. _____                                           DIVISION "    "

### DARLEEN CAMBRICE AND ARLETT EARLY

### VERSUS

### COLONIAL COUNTY MUTUAL INSURANCE COMPANY d/b/a NATIONWIDE, KONG KO, LETA KO AND AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE
### (in its capacity as uninsured/underinsured motorist carrier)

FILED: _____            _____
                                                  DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of **DARLEEN CAMBRICE AND ARLETT EARLY**, persons of the full age of majority and residents of the Parish of Orleans, State of Louisiana, respectfully represents:

I.

Made defendants herein are:

**COLONIAL COUNTY MUTUAL INSURANCE COMPANY d/b/a NATIONWIDE**, a domestic/foreign insurance company authorized to do and doing business in the State of Louisiana;

**KONG KO**, a person of the full age of majority and a resident of the State of Texas;

**LETA KO**, a person of the full age of majority and a resident of the State of Texas; and

**AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE (in its capacity as uninsured/underinsured motorist carrier)**, a domestic/foreign insurance company authorized to do and doing business in the State of Louisiana.

II.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioners for such damages as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past, present, and future mental pain and suffering, past, present, and future medical expenses, rental expenses, property damage, loss of use and/or depreciation of vehicle, loss of past and future earnings, loss of future earning capacity, past and future loss of enjoyment of life, permanent disability to the body, loss of consortium, and penalties and

attorneys' fees together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:

III.

On or about **September 25, 2018,** an accident occurred at on South Claiborne Avenue at or near its intersection with Napoleon Avenue in the Parish of Orleans, State of Louisiana, wherein the vehicle owned by **KONG KO AND/OR LETA KO** and operated by **LETA KO** struck the rear of the vehicle owned and operated by **DARLEEN CAMBRICE**, in which **ARLETT EARLY** was a guest passenger.

IV.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, **LETA KO**, which is attributed to, but not limited to, the following non-exclusive particulars:

a) Following too closely;

b) Careless operation;

c) Failure to see what she should have seen;

d) Failure to keep a good and careful lookout;

e) Failure to maintain a safe distance from other vehicles;

f) Operating her vehicle in a careless and reckless manner without regard for the safety of others;

g) Failure to maintain reasonable and proper control of the vehicle which she was operating;

h) Failure to follow the customary rules of the road of the State of Louisiana, which rules are specifically pled herein as though copied *in extenso;* and

i) Any and all other acts of negligence which may be proven at the trial of this matter.

V.

As a result of the subject accident and negligence of the above-referenced defendant, **LETA KO**, Petitioners, **DARLEEN CAMBRICE AND ARLETT EARLY**, were injured and are entitled to recover such damages as are reasonable in the premises.

VI.

Upon information and belief, it is alleged that at all times material hereto, that **LETA KO** was on a mission and/or errand for **KONG KO** on the date of this accident, thus rendering said defendant, **KONG KO** vicariously liable unto Petitioners with the other named defendants.

VII.

Upon information and belief, it is alleged that at all times material hereto, including but not limited to the date of the subject accident defendant, **COLONIAL COUNTY MUTUAL INSURANCE COMPANY d/b/a NATIONWIDE** provided a policy of automobile liability insurance on the vehicle owned by **KONG KO AND/OR LETA KO** and operated by **LETA KO**, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **COLONIAL COUNTY MUTUAL INSURANCE COMPANY d/b/a NATIONWIDE**, liable unto Petitioners with the other named defendants.

VIII.

Upon information and belief, defendants **KONG KO** and **LETA KO** are underinsured to fully compensate Petitioners for their damages. At all relevant times, **AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE** provided a policy of uninsured/underinsured motorist coverage on the vehicle owned and operated by **DARLEEN CAMBRICE** on the date of this accident, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE (in its capacity as uninsured/underinsured motorist carrier)**, liable unto Petitioners with the other named defendants.

**WHEREFORE,** Petitioners pray that defendants be duly cited and served with a copy of this Petition; and after all due proceedings are had, there be a judgment rendered herein in favor of Petitioners and against the defendants, **COLONIAL COUNTY MUTUAL INSURANCE COMPANY d/b/a NATIONWIDE, KONG KO, LETA KO AND AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE (in its capacity as uninsured/underinsured motorist carrier),** jointly and *in solido* in amounts as are reasonable in the premises, including but not

limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, past, present, and future medical expenses, rental expenses, property damage, loss of use and/or depreciation of vehicle, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, past and future loss of enjoyment of life, loss of consortium, and penalties and attorneys' fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief as the Court deems fit.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR. & ASSOCIATES, LLC

_____
EDWARD J. WOMAC, JR. #02195
JOSEPH LASSALLE #36545
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
jlassalle@edwardwomac.com


**PLEASE SERVE:**

**COLONIAL COUNTY MUTUAL INSURANCE COMPANY**
**d/b/a NATIONWIDE**
Through Its Registered Agent for Service of Process:
Corporation Service Company
211 East 7th Street
Suite 620
Austin, Texas 78701-3218

**KONG KO**
Through Louisiana Long- Arm Statute
212 Joshua Tree Circle
Pflugerville, Texas 78660

**LETA KO**
Through Louisiana Long-Arm Statute
212 Joshua Tree Circle
Pflugerville, Texas 78660

A TRUE COPY

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE**
**(in its capacity as uninsured/underinsured motorist carrier)**
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

7018 2290 0000 5393 5673



UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 007.30
0000922081 AUG 26 2019
MAILED FROM ZIP CODE 70119

Edward J. Womac, Jr. & Associates
3501 Canal Street
New Orleans, LA 70119

Colonial Mutual Insurance Company D/B/A
Nationwide
211 East 7th Street
Suite 620
Austin, TX 78701